UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ERIC H. COTA and GERALDINE COTA, )<br>)<br>Plaintiffs )<br>)<br>v.                                                      )<br>)<br>ARTHROCARE CORPORATION and      )<br>SURGI-CARE, INC.,                               )<br>)<br>Defendants.                              ) | United States District Court<br>Docket No.: 2:05-cv-19 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now Come the plaintiffs Eric H. Cota and Geraldine Cota by and through their attorney, Tina L. Shoup, Esq., and the Defendant ArthroCare Corporation, by and through its attorney, Bret P. Powell, Esq. and hereby stipulate pursuant to F.R.Civ. P. 41(a)(ii) that the above-captioned civil action is here DISMISSED WITH PREJUDICE.

Dated at Burlington, Vermont this 12th day of December, 2006.

ERIC H. COTA and GERALDINE COTA

By: _____
Tina L. Shoup, Esq.
O'Neill Kellner & Green, P.C.
159 Bank Street
P.O. Box 5359
Burlington, VT 05402-5359

Dated at Williston, Vermont this 25TH day of September, 2006.

ARTHROCARE CORPORATION

By: /s/ Bret P. Powell
Bret P. Powell
400 Cornerstone Drive, Suite 240
Williston, Vermont 05495
Telephone: 802-878-1500
FAX: 802-878-1539
Attorney for Arthrocare Corporation

### ORDER

The foregoing Stipulation is hereby APPROVED and SO ORDERED. This action is hereby DISMISSED WITH PREJUDICE.

Dated at Burlington, Vermont this 14 day of Dec, 2006.

/s/ William K. Sessions
United States District Court Judge

4878.002\pleadings\stip dismissal with prejudice & order 9.25.06

POWELL ORR & BREDICE PLC ~ Attorneys at Law
400 Cornerstone Drive, Suite 240 Williston, Vermont 05495
Phone: (802)878-1500 ~ Fax: (802) 878-1539

2